## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CAROLINA HOUSING PARTNERSHIP
ASSOCIATION AFFILIATE OF A.H.O.C.,

      Plaintiff,

v.                                                    Case No.:  3:21-cv-851-BJD-PDB

SMALL BUSINESS ADMINISTRATION
and ALLAN E. KAMENSKY,

      Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

This matter is before the Court on Plaintiff's Voluntary Notice of Dismissal of Complaint (Doc. 8; Notice) filed by Plaintiff on October 21, 2021. In the Notice, Plaintiff advises the Court that he is voluntarily dismissing without prejudice the claims raised in this action. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1.    This case is **DISMISSED without prejudice.**

2.    The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 22th day of October, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*